The petition for writ of certiorari was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

**Commonwealth of PUERTO RICO, et al., petitioners, v. FRANKLIN CALIFORNIA TAX–FREE TRUST, et al.**

No. 15–233.

Dec. 4, 2015.

Motion of Fundacion Angel Ramos, Inc., et al. for leave to file a brief as *amici curiae* in No. 15–233 granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted. The case is consolidated and a total of one hour is allotted for oral argument.

Justice ALITO took no part in the consideration or decision of this motion and this petition.

**Melba ACOSTA–FEBO, et al., petitioners, v. FRANKLIN CALIFORNIA TAX–FREE TRUST, et al.**

No. 15–255.

Dec. 4, 2015.

Motion of Fundacion Angel Ramos, Inc., et al. for leave to file a brief as *amici curiae* in No. 15–233 granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted. The case is consolidated and a

total of one hour is allotted for oral argument.

Justice ALITO took no part in the consideration or decision of this motion and this petition.

Gary L. FRANCE, petitioner,
v. UNITED STATES.
No. 15–24.
Dec. 7, 2015.